Case 1:06-cv-01136-AWI-DLB   Document 22   Filed 11/17/2006   Page 1 of 3
Case 1:06-cv-01135-AWI-DLB   Document 18   Filed 11/21/06   Page 1 of 3

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE
9                       EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| BRIGHTON/SHAW, INC., et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>ROBERT S. CARSON, CRAIG A. DAVIS, CINDY D. DAVIS, JOHN E. QUIRING, FUMITOSHI ITO, JUNKO OYAMA, MICHIKO MORINAGA, KIMIKO MIYOSHI PRICE, SHIZYO MIYOSHI, HIROMICHI OYAMA, IQ PROPERTIES-BHLP, a California limited partnership, JAPAN INVESTMENT MANAGEMENT AGENCY, et al.,<br><br>            Defendants. | **OLD** CASE NO.:<br>1:06-cv-01136-AWI-**SMS**<br><br>**ORDER OF RECUSAL AND RE-SETTING MOTION TO REMAND (Doc. 9)**<br><br>**NEW** CASE NO.:<br>1:06-cv-01136-AWI-**DLB**<br><br>****************************<br>Motion to Remand Proceedings:<br>**Old**:  11/17/06, 9:30am, Ctrm. 7/**SMS**<br>**New**: 12/15/06, 9:00am, Ctrm. 9/**DLB**<br><br><br>**************************** |
| NAOKO ITO, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>BRIGHTON/SHAW, INC., et al.,<br><br>            Defendants. | **OLD** CASE NO.:<br>1:06-cv-01135-AWI-**SMS**<br><br>**ORDER OF RECUSAL**<br><br>**NEW** CASE NO.:<br>1:06-cv-01135-AWI-**DLB** |

27 //
28 /

1

1     On September 26, 2006, the Court found the above-captioned
2 cases to be similar, involving similar questions of fact and law,
3 reassigned the higher-numbered case to the same Magistrate Judge
4 assigned to the lower-numbered case, that being Magistrate Judge
5 Sandra M. Snyder, to effect substantial savings of judicial effort
6 and, therefore, referred defendants' Davis motion to remand
7 proceedings (Doc. 9) also to Judge Snyder.
8     However, it appearing to the undersigned, the Magistrate Judge
9 to whom these cases are presently assigned, that disqualification
10 pursuant to 28 U.S.C. § 455 is appropriate.
11     IT IS THEREFORE ORDERED that:
12     1.   The undersigned recuses herself as the Magistrate Judge
13 to whom these cases are assigned;
14     2.   These cases be REASSIGNED from the docket of Magistrate
15 Judge Sandra M. Snyder (SMS) to the docket of Magistrate Judge
16 Dennis L. Beck (DLB), and that all future pleadings and/or
17 correspondence be hereinafter correctly numbered as:
18                  **1:06-cv-01136-AWI-DLB**
19                           **-and-**
20                  **1:06-cv-01135-AWI-DLB**
21     Counsel are herein advised that use of an incorrect case
22 number, including the magistrate judge's initials, may result in
23 documents being incorrectly calendared by the appropriate judicial
24 officer or staff; and,
25     3.   Defendants' Davis Motion to Remand Proceedings, filed
26 September 19, 2006 (Doc. 9), is CONTINUED from November 17, 2006 at
27 9:30 a.m. in Courtroom No. 7 on the Sixth Floor before Magistrate
28 Judge Sandra M. Snyder (SMS) TO December 15, 2006 at 9:00 a.m. in

Courtroom No. 9 on the Sixth Floor before Magistrate Judge Dennis L. Beck (DLB).

IT IS SO ORDERED.

**Dated:   November 16, 2006**           /s/ **Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE

3