# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAOKO ITO, et al., | ) | 1:06cv1135 AWI DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER DENYING MOTION |
| | ) | TO STAY AS MOOT |
| v. | ) | |
| | ) | (Document 33) |
| BRIGHTON/SHAW, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 7, 2007, Defendants Craig and Cindy Davis filed a motion to stay this action on the basis of a similar action pending in the Fresno County Superior Court.  In their opposition, Plaintiffs indicated that the state court action was dismissed without prejudice on March 23, 2007.  Accordingly, as there is no longer a pending state action, Defendants' motion to stay this proceeding is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   __June 12, 2007__          _____ /s/ **Dennis L. Beck** _____
                                 UNITED STATES MAGISTRATE JUDGE

1