IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO ITO, et al.,            )<br>                               )<br>         Plaintiffs,           )<br>     v.                       )<br>                               )<br> BRIGHTON/SHAW, INC., et al.,  )<br>                               )<br>         Defendants,           )<br> _____)<br>                               )<br> AND RELATED CROSS CLAIMS.     )<br> _____)| 1:06-CV-1135 AWI DLB<br><br>ORDER MOVING HEARING<br>ON PENDING MOTION TO<br>DISMISS PURSUANT TO<br>PARTIES' STIPULATION<br><br>[Document #72] |

   Cross Defendants Brighton Hills LTD and Shaw-Academy Associates, L.P. have filed a motion to dismiss the cross-claim or in the alternative a motion for a more definite statement. This motion was set for hearing on November 19, 2007. On October 16, 2007, the parties filed a stipulation to continue this motion to December 3, 2007.[1]

   In light of the parties' stipulation, the court ORDERS that:

   1.   The November 19, 2007 hearing on Cross Defendants' motion is VACATED; and

   2.   The hearing on Cross Defendants' motion is RESET for December 3, 2007.

IT IS SO ORDERED.

Dated:    October 17, 2007                  /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

---

[1] The parties are reminded that, pursuant to Local Rule 5-137(b), the parties must e-mail any proposed order to the appropriate Judge. This is in addition to electronically filing the proposed order. The proposed order e-mailed to the Judge must be in a word processing format compatible with Word Perfect. The court is unable to sign proposed orders electronically filed in an action or proposed orders e-mailed to the court in .pdf format. The Judge's e-mail address is listed on the Court's web site. In the future the parties must e-mail proposed orders.