1  CHRISTOPHER E. SEYMOUR, 126330
   KIMBLE, MacMICHAEL & UPTON
2  A Professional Corporation
   5260 North Palm, Suite 221
3  Post Office Box 9489
   Fresno, California 93792-9489
4  Telephone: (559) 435-5500
   Facsimile:  (559) 435-1500
5

6  Attorney for Defendants
   BRIGHTON HILLS LIMITED PARTNERSHIP
7

FILED
NOV 14 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                   FRESNO DIVISION

11 NAOKO ITO, et al.,                 )   Case No.: 06-CV-01135-AWI-DLB
                                      )
12          Plaintiffs,               )
                                      )
13      vs.                           )   **NOTICE OF DISMISSAL OF I.Q.**
                                      )   **PROPERTIES – BHLP FROM**
14 BRIGHTON/SHAW, INC,, et al.,       )   **COUNTERCLAIM OF BRIGHTON**
                                      )   **HILLS LIMITED PARTNERSHIP**
15          Defendants.               )
   _____)
16 CRAIG A. DAVIS,                    )
                                      )
17          Cross-complainant,        )
                                      )
18      vs.                           )
                                      )
19 ROBERT CARSON, JOHN QUIRING,       )
   BRIGHTON HILLS LIMITED             )
20 PARTNERSHIP, and ROES 1-50, inclusive,)
                                      )
21          Cross-Defendants.         )
   _____)
22 BRIGHTON HILLS LIMITED             )
   PARTNERSHIP,                       )
23                                    )
            Counterclaimant,          )
24      vs.                           )
                                      )
25 CRAIG A. DAVIS, CINDY DAVIS,       )
   ROBERT CARSON, JOHN E. QUIRING,    )
26 I.Q. PROPERTIES - BHLP             )
                                      )
27          Counterdefendants.        )

28 ///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. BOX 9489
FRESNO, CA 93792-9489

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that BRIGHTON HILLS LIMITED PARTNERSHIP hereby dismisses, without prejudice, its claim set forth against I.Q. PROPERTIES – BHLP in Brighton Hills Limited Partnership's counterclaim filed November 5, 2007. This dismissal is pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: November 7, 2007

KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By /s/ CHRISTOPHER E. SEYMOUR
Attorneys for Cross-Defendants,
BRIGHTON HILLS LIMITED PARTNERSHIP

984000.90.221.counterclaim101007.2

It is so Ordered. Dated: 11-14-07

/s/ United States District Judge