**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT CARSON,** ) <br> ) <br> **Cross-complainant,** ) <br> v. ) <br> ) <br> **CRAIG A. DAVIS, an individual,** ) <br> **BRIGHTON HILLS LIMITED** ) <br> **PARTNERSHIP, a California Limited** ) <br> **Partnership; SHAW ACADEMY** ) <br> **ASSOCIATES, a California Limited** ) <br> **Partnership,** ) <br> ) <br> **Cross-defendants.** ) <br> _____) | 06 CV 01135 AWI DLB <br><br> **ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION** |

     Cross-defendants have noticed for hearing and decision a motion for summary judgment. The matter was scheduled for a hearing to be held on December 3, 2007. Pursuant to Local Rule 78-230(c), Cross-complainant was required to file either an opposition or a notice of non-opposition no later than November 19, 2007. Cross-complainant failed to do so.

     Due to Cross-complainant's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules and is no longer entitled to be heard at oral argument in opposition to the motion. See L.R. 78-230(c).

     The court has reviewed Cross-defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See L.R. 78-230(h).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December
2 3, 2007 is VACATED, and no party shall appear at that time.  As of November 26, 2007, the
3 Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 26, 2007**          _____/s/ Anthony W. Ishii_____
                                                                    UNITED STATES DISTRICT JUDGE