CHRISTOPHER E. SEYMOUR, 126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorney for Defendant BRIGHTON HILLS LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NAOKO ITO, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>BRIGHTON/SHAW, INC,, et al.,<br><br>        Defendants. | Case No.:  06-CV-01135-AWI-DLB<br><br>**ORDER RE STIPULATION COMPELLING RESPONSE TO REQUEST FOR PRODUCTION, AND FOR PRODUCTION OF DOCUMENTS**<br><br>**Magistrate Dennis L. Beck**<br>**Date:   December 14, 2007**<br>**Time:  9:00 a.m.**<br>**Ctrm:  9** |

Pursuant to Stipulation the affected parties, and good cause appearing therefore,

IT IS ORDERED as follows:

1.    Defendant Craig A. Davis shall serve by personal service, facsimile or email, responses without objections, to Brighton Hills' First Request for Production (a copy of which is attached hereto), on or before December 28, 2007;

2.    Defendant Craig A. Davis shall produce for inspection and copying at the offices of Kimble, MacMichael & Upton on or before December 28, 2007. All documents responsive to the request for production;

3.    Should defendant Craig A. Davis fail to provide responses and produce

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1
Stipulation Compelling Response to Request for Production, and for Production of Documents

1 documents required by this Order, Brighton Hills' may bring a motion on five court days notice
2 seeking sanctions, that Davis be held in contempt for failing to comply with the Order, and for
3 any other relief related to defendant Davis' failure to comply with the Order.

4. Upon entry of the Order the hearing on Brighton Hills' Motion to Compel Craig Davis to respond and produce documents scheduled for December 14, 2007, shall be taken off-calendar

Dated:  December 11, 2007.

        /s/ *Dennis L. Beck*
        Magistrate Judge Dennis L. Beck

984000.90.220.stp291107.1

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
Stipulation Compelling Response to Request for Production, and for Production of Documents