CHRISTOPHER E. SEYMOUR, 126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California 93792-9489
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

FILED

DEC 11 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Attorney for Defendant BRIGHTON HILLS LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NAOKO ITO, et al., <br><br>  Plaintiffs, <br><br> vs. <br><br> BRIGHTON/SHAW, INC., et al., <br><br>  Defendants. | Case No.: 06-CV-01135-AWI-DLB <br><br> **[PROPOSED] ORDER RE STIPULATION COMPELLING RESPONSE TO REQUEST FOR PRODUCTION, AND FOR PRODUCTION OF DOCUMENTS** <br><br> Magistrate Dennis L. Beck <br> Date: December 14, 2007 <br> Time: 9:00 a.m. <br> Ctrm: 9 |

Pursuant to Stipulation the affected parties, and good cause appearing therefore,

IT IS ORDERED as follows:

1.  Defendant Robert Carson shall serve by personal service, facsimile or email, responses without objections, to Brighton Hills' First Request for Production (a copy of which is attached hereto), on or before December 28, 2007;

2.  Defendant Robert Carson shall produce for inspection and copying at the offices of Kimble, MacMichael & Upton on or before December 28, 2007, all documents responsive to the request for production;

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P.O. BOX 9489
FRESNO, CA 93792-9489

1

Stipulation Compelling Response to Request for Production, and for Production of Documents

3. Should defendant Robert Carson fail to provide responses and produce documents required by this Order, Brighton Hills may bring a motion on five court days notice seeking sanctions that Carson be held in contempt for failing to comply with the Order, and for any other relief related to defendant Carson's failure to comply with the Order.

4. Upon entry of the Order the hearing on Brighton Hills' Motion to Compel Robert Carson to respond and produce documents scheduled for December 14, 2007, shall be taken off-calendar

Dated: December 11, 2007.

_____
Magistrate Dennis L. Beck

984000.90.105.ord1207.1

2

Stipulation Compelling Response to Request for Production, and for Production of Documents

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489