# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NAOKO ITO, et al.,** ) | 06 CV 01135 AWI DLB |
| ) | |
| **Plaintiffs,** ) | **ORDER ON STIPULATION** |
| **v.** ) | |
| ) | (Doc. No. 115) |
| **BRIGHTON/SHAW, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **AND RELATED CROSS-CLAIMS** ) | |
| ) | |

On January 24, 2008, the parties filed a stipulation for an order. The Court will give effect to the stipulation.

Accordingly, IT IS HEREBY ORDERED, in accordance with the parties' stipulation:

1. Plaintiffs withdraw all timeliness objections to Carson's proposed response to Plaintiffs' Request for Admissions dated October 19, 2007.

2. Plaintiffs withdraw from their Motion for Summary Judgment claims against Defendant Carson as to Count II Breach of Fiduciary Duty, but reserve such claims for trial or other dispositive motion.

3. Defendant Carson disclaims all interest, without reservation, as to six (6) of the twelve

1  (12) Brighton Hills' limited partnership units in dispute in this case.

2  4.    This order is made without prejudice to Defendant Carson's or the Plaintiffs' continuing claims of ownership as to the remaining six (6) of the twelve (12) Brighton Hills' limited partnership units in dispute in this case.

5  5.    The six (6) units as to which both the Davis Defendants and Defendant Carson have now disclaimed all interest are the rightful property of the Plaintiffs and that the records of Brighton Hills Limited Partnership shall now reflect that ownership interest.

8  6.    \The parties are directed to prepare and present for Court approval on or before February 19, 2008, a Order declaring the ownership rights of the Plaintiffs in 6 (six) identified units accompanied by a proposed entry in the books and records of Brighton Hills Limited Partnership to reflect that ownership interest.

12 7.    The argument on Plaintiffs' motion for summary judgment is rescheduled from January 28, 2008 to February 25, 2008 at 9:00am in Courtroom 2, with any supplement to the Plaintiffs' Reply brief to be filed by February 19, 2008.

IT IS SO ORDERED.

**Dated:   January 24, 2008**             /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE

daw                                       2