Brian C. Leighton (Cal. Bar No. 090907)
Brian C. Leighton Law Offices
701 Pollasky Ave.
Clovis, CA 93612
Telephone: (559) 297-6190
Telecopier: (559) 297-6194

DAVID A. HOLZWORTH (Cal. Bar No. 090761)
MATTHEW T. BASKIR (PHV)
LEPON HOLZWORTH & KATO, PLLC
1225 19th Street, NW, Suite 500
Washington, DC 20036-2456
Telephone: (202) 857-0242
Telecopier: (202) 857-0189

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| NAOKO ITO, et al., | Case No.: 06-CV-1135-AWI-DLB |
| Plaintiffs, | |
| | AMENDED STIPULATION FOR ORDER |
| | AND PROPOSED ORDER |
| v. | |
| | Judge: Hon. Anthony W. Ishii |
| | Mag. Judge: Hon. Dennis L. Beck |
| BRIGHTON/SHAW, INC., et al., | Next Event: 2/25/08, 9:00am |
| Defendants. | Motion Hearing |

All parties, through their counsel of record, hereby stipulate to entry of an order with the following terms:

1. The parties wish to reschedule the pretrial conference date and trial date in this matter. The pretrial conference is currently scheduled for June 13, 2008 before Judge Ishii and the trial is scheduled to begin July 29, 2008.

2. Judge Ishii's clerk reported that there are openings in the Court's Calendar beginning on September 9, 2008.

3. The parties agree that the trial should be rescheduled to begin on September 9, 2008.

4. The parties agree that the pretrial conference should be held on July 25, 2008.

5. The parties agree to extend the discovery deadlines as follows:

1  a.  Non-expert discovery cut-off to April 24, 2008;
2  b.  Expert discovery cut-off to May 8, 2008;
3  c.  Expert disclosure deadline to March 27, 2008;
4  d.  Supplemental expert disclosure to April 10, 2008;
5  e.  Non-dispositive pre-trial motions filed by May 22, 2008 and heard on or before June 26,
6      2008;
7  f.  Dispositive motions filed by June 5, 2008 and heard on or before July 10, 2008.

Respectfully submitted,

DAVIDSON & HAWKINS                              LEPON HOLZWORTH & KATO

/s/ Thornton Davidson                           /s/ David A. Holzworth
Thornton Davidson                               David A. Holzworth
Attorney for Defendant Robert Carson            Attorney for Plaintiffs


KIMBLE, MacMICHAEL & UPTON                      BETTS & WRIGHT

/s/ Christopher E. Seymour                      /s/ James B. Betts
Christopher E. Seymour                          James B. Betts
Attorney for Defendants                         Attorney for Defendants Craig and
Brighton Hills, Ltd. and Brighton/Shaw, Inc.    Cindy Davis


LAW OFFICE OF MYRON F. SMITH                    McCORMICK BARSTOW LLP

/s/ Myron F. Smith                              /s/ Marshall Whitney
Myron F. Smith                                  Marshall Whitney
Attorney for Defendant John Quiring             Attorney for Cross-Defendant Craig
                                                Davis

//
//
//

**ORDER**

IT IS HEREBY ORDERED that the trial in this matter is rescheduled to begin on September 9, 2008. The pretrial conference will be held on July 25, 2008 at 8:30 a.m. The discovery schedule is modified in accordance with the following deadlines:

a.  Non-expert discovery cut-off to April 24, 2008;

b.  Expert discovery cut-off to May 8, 2008;

c.  Expert disclosure deadline to March 27, 2008;

d.  Supplemental expert disclosure to April 10, 2008;

e.  Non-dispositive pre-trial motions filed by May 22, 2008 and heard on or before June 26, 2008;

f.  Dispositive motions filed by June 5, 2008 and heard on or before July 10, 2008.

IT IS SO ORDERED.

**Dated:   February 13, 2008**                    /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE

3