IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO ITO, et al., ) | 06 CV 01135 AWI DLB |
| ) | |
| Plaintiffs, ) | |
| v. ) | ORDER VACATING |
| ) | HEARING AND TAKING |
| BRIGHTON/SHAW, INC., et al., ) | MATTER UNDER |
| ) | SUBMISSION |
| Defendants. ) | |
| ) | |
| AND RELATED CROSS-CLAIMS ) | |
| ) | |

    A Motion for Summary Judgment was filed by Plaintiffs on December 21, 2007 and is set for hearing on Monday, February 25, 2008.  The Court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument pursuant to Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 25, 2008, is VACATED, and the parties shall not appear at that time.  As of February 25, 2008, the Court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 20, 2008                    /s/ Anthony W. Ishii
                                                      UNITED STATES DISTRICT JUDGE