Brian C. Leighton (Cal. Bar No. 090907)
Brian C. Leighton Law Offices
701 Pollasky Ave.
Clovis, CA  93612
Telephone:  (559) 297-6190
Telecopier:  (559) 297-6194

DAVID A. HOLZWORTH (Cal. Bar No. 090761)
MATTHEW T. BASKIR (PHV)
LEPON HOLZWORTH & KATO, PLLC
1225 19th Street, NW, Suite 500
Washington, DC 20036-2456
Telephone: (202) 857-0242
Telecopier: (202) 857-0189

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | | |
|---|---|---|
| NAOKO ITO, et al., | ) | Case No.: 06-CV-1135-AWI-DLB |
| Plaintiffs, | ) | |
| | ) | STIPULATION FOR ORDER AND PROPOSED ORDER AS TO OWNERSHIP OF SIX UNITS |
| v. | ) | |
| | ) | Judge:       Hon. Anthony W. Ishii |
| | ) | Mag. Judge:  Hon. Dennis L. Beck |
| BRIGHTON/SHAW, INC., et al., | ) | Next Event:  2/25/08, 9:00am |
| Defendants. | ) | Motion Hearing |

As provided in the Stipulation filed on January 24, 2008, and order signed on January 25, 2008, all parties, through their counsel of record, hereby stipulate to entry of an order as follows:

1.     The Brighton Hills Limited Partnership shall issue K-1 tax documentation that reflects ownership of the six (6) units by Plaintiffs beginning with the year 2008 in the percentages referenced below;

2.     The Plaintiffs' interest in the six (6) units shall be as follows:

a.     Kimiko Miyoshi Price and Michiko Morinaga, individually, shall each own an undivided 1/4 interest in the six (6) units; and

b.     Naoko Ito, individually, shall own an undivided 1/4 interest in the six (6) units;

and

c.      Toshie Ito, and Takafumi Ito, individually, shall each own an undivided 1/8 interest in the six (6) units.

Respectfully submitted,

| | |
|---|---|
| DAVIDSON & HAWKINS<br>/s/ Thornton Davidson<br>Thornton Davidson<br>Attorney for Defendant Robert Carson | LEPON HOLZWORTH & KATO<br>/s/ David A. Holzworth<br>David A. Holzworth<br>Attorney for Plaintiffs |
| KIMBLE, MacMICHAEL & UPTON<br>/s/ Christopher E. Seymour<br>Christopher E. Seymour<br>Attorney for Defendants<br>Brighton Hills, Ltd. and Brighton/Shaw, Inc. | BETTS & WRIGHT<br>/s/ James B. Betts<br>James B. Betts<br>Attorney for Defendants Craig and Cindy Davis |
| LAW OFFICE OF MYRON F. SMITH<br>/s/ Myron F. Smith<br>Myron F. Smith<br>Attorney for Defendant John Quiring | McCORMICK BARSTOW LLP<br>/s/ Marshall Whitney<br>Marshall Whitney<br>Attorney for Cross-Defendant Craig Davis |

**ORDER**

IT IS HEREBY ORDERED that the Plaintiffs are the rightful owners of six (6) units in Brighton Hills Limited Partnership in the manner specified above. The Brighton Hills Limited Partnership shall file K-1 tax documentation reflecting the ownership by Plaintiffs beginning in the tax year of 2008.

IT IS SO ORDERED.

**Dated:   February 20, 2008**              /s/ Anthony W. Ishii
                                                                UNITED STATES DISTRICT JUDGE