Marshall C. Whitney, # 082952
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

James B. Betts, # 110222
Joseph D. Rubin, # 149920
Betts & Wright, A Professional Corporation
P.O. Box 28550
Fresno, CA 93729-8550
Telephone: (559) 438-8500
Facsimile: (559) 438-6959

Attorneys for Defendant
CRAIG A. DAVIS

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| NAOKO ITO, TOSHIE ITO, TAKAFUMI ITO, MICHIKO MORINAGA and KIMIKO MIYOSHI PRICE,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGHTON/SHAW, INC., BRIGHTON HILLS, LTD., JOHN E. QUIRING, ROBERT CARSON, individually, ROBERT CARSON, as General Partner of BRIGHTON HILLS, LTD., CRAIG DAVIS and CINDY DAVIS,<br><br>Defendants. | Case No. 06-CV-1135 AWI-DLB<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITIONS OF ROBERT CARSON, CRAIG DAVIS AND CINDY DAVIS** |
| AND RELATED CROSS-ACTIONS | |

All parties, through their counsel of record, hereby stipulate to entry of an order extending the non-expert discovery cutoff of April 24, 2008 to May 23, 2008 for the limited purpose of taking the Depositions of Robert Carson, Craig Davis and Cindy Davis.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITIONS ET AL

Respectfully Submitted:

DAVIDSON & HAWKINS

_____/s/_____
Thornton Davidson
Attorney for Defendant Robert Carson

KIMBLE, MacMICHAEL & UPTON

_____/s/_____
Christopher E. Seymour
Attorney for Defendants Brighton Hills, Ltd. and Brighton/Shaw, Inc.

LAW OFFICE OF MYRON F. SMITH

_____/s/_____
Myron F. Smith
Attorney for Defendant John Quiring

LEPON HOLZWORTH & KATO

_____/s/_____
David A. Holzworth
Attorneys for Plaintiffs

BETTS & WRIGHT

_____/s/_____
James B Betts
Attorney for Defendants Craig and Cindy Davis

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

_____/s/_____
Marshall C. Whitney
Mandy L. Jeffcoach
Attorney for Cross-Defendant Craig Davis

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITIONS ET AL

**ORDER**

The Court, having considered the above Stipulation and good cause appearing, hereby orders that the non-expert discovery cut-off date of April 24, 2008 shall be extended to May 23, 2008 for the limited purpose of taking the depositions of Robert Carson, Craig Davis and Cindy Davis.

IT IS SO ORDERED.

Dated:  18 April 2008                     /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE

51669/00226-1215201.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITIONS ET AL