CHRISTOPHER E. SEYMOUR #126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 N. Palm Avenue, Suite 221
Post Office Box 9489
Fresno, CA 93792-9489
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

Attorneys for Cross-Defendants
BRIGHTON HILLS LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NAOKO ITO, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRIGHTON/SHAW, INC,, et al.,<br><br>    Defendants.<br><br>and related cross-claims. | **Case No.:** 06-CV-01135-AWI-DLB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO BRING MOTIONS TO COMPEL RESPONSES TO DEPOSITION QUESTIONS** |

All parties, through their counsel of record, hereby stipulate to entry of an order extending the deadline for filing a Motion to Compel Further Responses To Deposition Questions to fourteen (14) days after the completion of the depositions of Robert Carson, Craig Davis and Cindy Davis. The current filing deadline for non-dispositive motions is May 22, 2008. The purpose for the extension is to eliminate the need for filing such motions relating to Robert Carson's and Craig Davis' prior deposition testimony until after their depositions are completed.

LEPON HOLZWORTH & KATO                    DAVIDSON & HAWKINS


By___/s/_____                  By___/s/_____
David A. Holzworth                          Thornton Davidson
Attorneys for Plaintiffs                    Attorney for Defendant Robert Carson

| | |
|---|---|
| KIMBLE, MacMICHAEL & UPTON<br>A Professional Corporation | BETTS & WRIGHT |
| By   /s/<br>CHRISTOPHER E. SEYMOUR<br>Attorneys for Cross-Defendant,<br>Brighton Hills Limited Partnership | By   /s/<br>James B. Betts<br>Attorneys for Defendants Craig and Cindy Davis |
| LAW OFFICES OF MYRON F. SMITH | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| By   /s/<br>Myron F. Smith<br>Attorney for Defendant John Quiring | By   /s/<br>Marshall C. Whitney<br>        Mandy L. Jeffcoach<br>Attorney for Cross-Defendant Craig Davis |

98400.90.220.Stp.Extend Time to file Motion to Compel.05.07.08

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL
CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P.O. BOX 9489
FRESNO, CA 93792-9489

**ORDER**

The Court, having considered the above Stipulation and good cause appearing, hereby orders that the current discovery cut-off date of May 22, 2008 is extended to fourteen (14) days after the completion of the depositions of Robert Carson and Craig Davis.

IT IS SO ORDERED.

**Dated:   May 22, 2008**                    /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL
CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P.O. BOX 9489
FRESNO, CA 93792-9489

Stipulation and Order Extending Time to Bring Motions to Compel
Responses to Deposition Questions
3