```
CHRISTOPHER E. SEYMOUR #126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 N. Palm Avenue, Suite 221
Post Office Box 9489
Fresno, CA 93792-9489
Telephone:  (559) 435-5500
Facsimile: (559) 435-1500

Attorneys for Cross-Defendants
BRIGHTON HILLS LIMITED PARTNERSHIP
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NAOKO ITO, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BRIGHTON/SHAW, INC,, et al.,<br><br>  Defendants.<br>_____<br>and related cross-claims. | **Case No.:**  06-CV-01135-AWI-DLB<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITION OF CRAIG DAVIS AND CINDY DAVIS** |

All parties, through their counsel of record, hereby stipulate to entry of an order extending the non-expert discovery cutoff to July 15, 2008 for the limited purpose of taking the Depositions of Craig Davis and Cindy Davis.  The date was extended previously to May 23, 2008 pursuant to stipulation. The reason for the further extension is to allow the court to rule on Robert Carson's motion for reconsideration set for hearing on June 2, 2008 prior to the depositions.

LEPON HOLZWORTH & KATO                         DAVIDSON & HAWKINS


By____/s/_____              By____/s/_____
David A. Holzworth                                  Thornton Davidson
Attorneys for Plaintiffs                            Attorney for Defendant Robert Carson

KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By    /s/
CHRISTOPHER E. SEYMOUR
Attorneys for Cross-Defendant,
Brighton Hills Limited Partnership

LAW OFFICES OF MYRON F. SMITH

By    /s/
Myron F. Smith
Attorney for Defendant John Quiring

BETTS & WRIGHT

By    /s/
James B. Betts
Attorneys for Defendants Craig and Cindy Davis

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By    /s/
Marshall C. Whitney
       Mandy L. Jeffcoach
Attorney for Cross-Defendant Craig Davis

984000.90.220.Stp.Extend.Davis.Deps.05.06.08

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P.O. BOX 9489
FRESNO, CA 93792-9489

Stipulation and Order Regarding Extension of Non-Expert Discovery Cut-Off Date
For the Limited Purpose of Taking the Depositions of Craig Davis and Cindy Davis
2

**ORDER**

The Court, having considered the above Stipulation and good cause appearing, hereby orders that the current discovery cut-off date of May 23, 2008 is extended to July 15, 2008 for the limited purpose of taking the depositions of Craig Davis and Cindy Davis.

IT IS SO ORDERED.

Dated:   **May 22, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P.O. BOX 9489
FRESNO, CA 93792-9489