IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO ITO, et al., ) | 06 CV 01135 AWI DLB |
| Plaintiffs, ) | |
| v. ) | ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |
| BRIGHTON/SHAW, INC., et al., ) | |
| Defendants. ) | (Document # 126) |
| AND RELATED CROSS-CLAIMS ) | |

A motion for reconsideration of the Court's March 13, 2008 ruling was filed by Defendant Robert Carson on April 11, 2008 and is set for hearing on Monday, June 2, 2008. The Court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument pursuant to Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 2, 2008, is VACATED, and the parties shall not appear at that time. As of June 2, 2008, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   May 28, 2008**              /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE