BRIAN C. LEIGHTON (Cal. Bar No. 090907)
BRIAN C. LEIGHTON LAW OFFICES
701 Pollasky Ave.
Clovis, CA  93612
Telephone:  (559) 297-6190
Telecopier:  (559) 297-6194

DAVID A. HOLZWORTH (Cal. Bar No. 090761)
MATTHEW T. BASKIR (PHV)
LEPON HOLZWORTH & KATO, PLLC
1225 19th Street, NW, Suite 500
Washington, DC 20036-2456
Telephone: (202) 857-0242
Telecopier: (202) 857-0189

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| NAOKO ITO, et al., | ) | Case No.: 06-CV-1135-AWI-DLB |
| Plaintiffs, | ) | |
| | ) | **ORDER RESCHEDULING PLAINTIFFS' MOTION TO COMPEL** |
| v. | ) | |
| | ) | Mag. Judge:  Hon. Dennis L. Beck |
| BRIGHTON/SHAW, INC., et al., | ) | Date/Time:  6/13/08 at 9:00am |
| Defendants. | ) | Courtroom:  9 |

WHEREAS, Judge Ishii issued an order dated June 4, 2008 denying Defendant Carson's Motion for Reconsideration of the Grant of Summary Judgment;

WHEREAS, Plaintiffs and Defendant Carson are currently discussing a resolution to their case; and

WHEREAS, Plaintiffs seek to preserve their right to move to compel production of certain discovery from Defendant Carson should attempts at resolution fail,

[Proposed] Order Rescheduling Plaintiffs'
Motion to Compel                     1

1  IT IS ORDERED as follows:

2  Plaintiffs' Motion to Compel scheduled for hearing on June 13, 2008 at 9:00am

3  shall be rescheduled to Friday, June 27, 2008 at 9:00am.

4  IT IS SO ORDERED.

5

6  Date: June 11, 2008               /s/ Dennis L. Beck
   Magistrate Judge Dennis L. Beck

[Proposed] Order Rescheduling Plaintiffs'      2
Motion to Compel