**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **NAOKO ITO, et al.,** | ) | **06 CV 01135 AWI DLB** |
| Plaintiffs, | ) | |
| v. | ) | **ORDER REGARDING STIPULATION AND MOVING HEARING DATE** |
| **BRIGHTON/SHAW, INC., et al.,** | ) | |
| Defendants. | ) | (Document # 160) |
| **AND RELATED CROSS-CLAIMS** | ) | |

    Pending before the court is a motion for summary judgment brought by Cross-Defendant and Counter-Claimant Brighton Hills Limited Partnership and a motion for summary judgment or in the alternative partial summary judgment brought by Cross-Defendant Craig A. Davis.  A hearing for the motions was originally set for July 7, 2008.  On June 25, 2008, the Court received a stipulation from the parties seeking to move the hearing to July 21, 2008.  Pursuant to the parties' stipulation, the Court ORDERS that:

    1.    The July 7, 2008 hearing is VACATED;

    2.    The moving parties' reply briefs SHALL be filed by July 7, 2008; and

    3.    The hearing on the motions is set for July 21, 2008 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:**   **June 27, 2008**              **/s/ Anthony W. Ishii**
                                                            UNITED STATES CHIEF DISTRICT JUDGE