BRIAN C. LEIGHTON (Cal. Bar No. 090907)
BRIAN C. LEIGHTON LAW OFFICES
701 Pollasky Ave.
Clovis, CA 93612
Telephone: (559) 297-6190
Telecopier: (559) 297-6194

DAVID A. HOLZWORTH (Cal. Bar No. 090761)
MATTHEW T. BASKIR (PHV)
LEPON HOLZWORTH & KATO, PLLC
1225 19th Street, NW, Suite 500
Washington, DC 20036-2456
Telephone: (202) 857-0242
Telecopier: (202) 857-0189

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NAOKO ITO, et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRIGHTON/SHAW, INC., et al.,<br>    Defendants. | Case No.: 06-CV-1135-AWI-DLB<br><br>**ORDER RESCHEDULING PLAINTIFFS' MOTION TO COMPEL**<br><br>Mag. Judge: Hon. Dennis L. Beck<br>Date/Time: 6/27/08 at 9:00am<br>Courtroom: 9 |

WHEREAS, Judge Ishii issued an order dated June 4, 2008 denying Defendant Carson's Motion for Reconsideration of the Grant of Summary Judgment;

WHEREAS, Magistrate Judge Beck issued an order on June 11, 2008 continuing the hearing for Plaintiffs' motion to compel from June 13, 2008 until June 27, 2008;

WHEREAS, Plaintiffs and Defendant Carson, along with other parties, continue to discuss a resolution to their case; and

WHEREAS, Plaintiffs seek to preserve their right to move to compel production of certain discovery from Defendant Carson should attempts at resolution fail.

[Proposed] Order Rescheduling Plaintiffs' Motion to Compel    1

IT IS ORDERED as follows:

Plaintiffs' Motion to Compel scheduled for hearing on June 27, 2008 at 9:00am shall be rescheduled to Friday, July 25, 2008 at 9:00am.

IT IS SO ORDERED.

/s/ *Dennis L. Beck*
Magistrate Judge Dennis L. Beck

Date: June 30, 2008

[Proposed] Order Rescheduling Plaintiffs' Motion to Compel

2