IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO ITO, et al., <br><br>        Plaintiffs, <br>  v. <br><br>BRIGHTON/SHAW, INC., et al., <br><br>        Defendants. <br><br>AND RELATED CROSS-CLAIMS | 06 CV 01135 AWI DLB <br><br>ORDER REGARDING PARTIES' STIPULATION <br><br>ORDER DISMISSING DEFENDANT ROBERT CARSON'S CROSS-CLAIM AGAINST DEFENDANT BRIGHTON HILLS LIMITED PARTNERSHIP <br><br>(Documents # 159 & 87) |

On June 25, 2008, Defendant Robert Carson ("Carson") and Defendant Brighton Hills Limited Partnership ("Brighton Hills") filed the following stipulation:

IT IS HEREBY STIPULATED by and between Cross-Defendant and Counter-Claimant, Brighton Hills Limited Partnership ("BRIGHTON HILLS") and Defendant and Cross-Claimant, Robert Carson ("CARSON"), through their counsel of record that:

1.    BRIGHTON HILLS has filed a summary judgment motion against CARSON asserting, among other claims, that CARSON's Cross-Claim against BRIGHTON HILLS is

1  barred by virtue of this Court's March 12, 2008 Memorandum Opinion and Order Granting in
2  Part and Denying in Part Plaintiffs' Motion for Summary Judgment;

3      2.    CARSON admits all relevant Undisputed Facts relating to his Cross-Claim and,
4  accordingly, dismisses his Cross-Claim against BRIGHTON HILLS with prejudice;

5      3.    BRIGHTON HILLS' summary judgment motion includes a request for summary
6  adjudication as to CARSON's liability for indemnity and contribution relative to the Mutual
7  Release, Assignment & Indemnity Agreement, dated May 2002;

8      4.    CARSON admits all relevant Undisputed Facts relating to the Mutual Release
9  Agreement and stipulates to liability for indemnity and contribution for any fees, costs or
10 damages incurred in defending against Davis' cross-claim and for fees and costs incurred by
11 BRIGHTON HILLS in defending against CARSON's cross-claim, in an amount according to
12 proof, without conceding that he is obligated to pay (or reimburse) BRIGHTON HILLS any sum
13 money unless or until the amount of such monetary damages are proven in Court or stipulated to
14 by the parties; and.

15     5.    CARSON and BRIGHTON HILLS mutually agree that the determination,
16 whether by Court's decision upon motion or stipulation, of the amount of damages CARSON
17 owes BRIGHTON HILLS, if any, will be made following the Court's decision regarding CRAIG
18 DAVIS' motion for Summary Judgment against CARSON, currently scheduled for hearing on
19 July 21, 2008 and the Court retains jurisdiction to enter such award.

20     6.    Upon entry, this Order may be perfected as a lien against any real or personal
21 property of CARSON, but may not be enforced until such time as the amount of damages, fees
22 and costs awarded are determined upon an order pursuant to stipulation or motion.

24 Dated: June ___, 2008.     DAVIDSON & HAWKINS

25     By    /s/   
    Thornton Davidson
26     Attorney for Defendant Robert Carson

Dated: June ___, 2008.

                                                By _____/s/_____
                                                Christopher E. Seymour
                                                Attorneys for Cross-Defendant
                                                Brighton Hills Limited Partnership

In addition, the Court construes the stipulation as a Rule 41 dismissal of Carson's cross-claim against Brighton Hills.

IT IS SO ORDERED.

**Dated:   July 3, 2008**              **/s/ Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE