IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO ITO, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>BRIGHTON/SHAW, INC., et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS-CLAIMS | 06 CV 01135 AWI DLB<br><br>ORDER VACATING HEARING ON SUMMARY JUDGMENT MOTIONS AND TAKING MATTER UNDER SUBMISSION<br><br>ORDER VACATING PRETRIAL CONFERENCE |

    On June 5, 2008, Defendants Craig Davis and Brighton Hills Limited Partnership filed motions for summary judgment that are currently set for hearing on Monday, July 21, 2008. The Court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument pursuant to Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 21, 2008, is VACATED, and the parties shall not appear at that time. As of July 21, 2008, the Court will take the matters under submission and will thereafter issue its decision.

    Accordingly, the pretrial conference currently set for Friday, July 25, 2008 is also VACATED, and the parties shall not appear at that time. All other dates will remain as scheduled.

IT IS SO ORDERED.

Dated:   July 16, 2008                /s/ Anthony W. Ishii
                                                   CHIEF UNITED STATES DISTRICT JUDGE