IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO ITO, et al., ) | 06 CV 01135 AWI DLB |
| Plaintiffs, ) | |
| v. ) | ORDER VACATING TRIAL DATE |
| BRIGHTON/SHAW, INC., et al., ) | |
| Defendants. ) | |
| AND RELATED CROSS-CLAIMS ) | |

    Based on the current status of this case, the Court finds it necessary to move the trial date. Therefore, IT IS HEREBY ORDERED that the previously set trial date of September 9, 2008, is VACATED, and the parties shall not appear at that time. As soon as possible, but no later than thirty days, the parties are to contact the Magistrate Judge to schedule a new pretrial conference and trial date.

IT IS SO ORDERED.

Dated:   August 8, 2008                         /s/ Anthony W. Ishii
                                                         CHIEF UNITED STATES DISTRICT JUDGE