**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NAOKO ITO, et al.,** | 06 CV 01135 AWI DLB |
| Plaintiffs, | |
| v. | **ORDER REGARDING PARTIES' STIPULATION** |
| **BRIGHTON/SHAW, INC., et al.,** | (Documents # 173) |
| Defendants. | |
| **AND RELATED CROSS-CLAIMS** | |

On August 20, 2008, all parties to this action filed the following stipulation:

As provided in this Court's order dated March 12, 2008 granting Plaintiffs' motion for summary judgment on the conversion claim against Defendant Robert Carson and in this Court's order dated June 3, 2008 denying Defendant Robert Carson's motion for reconsideration of the ruling granting summary judgment for conversion, all parties, through their counsel of record, hereby stipulate to entry of an order as follows:

1.  The Brighton Hills Limited Partnership shall issue K-1 tax documentation that reflects ownership by Plaintiffs of the six (6) units in Brighton Hills Limited Partnership originally

1 claimed by Defendant Robert Carson in this action beginning with the year 2008 in the

2 percentages referenced below;

3 2.  The Plaintiffs' interest in the six (6) units in Brighton Hills Limited Partnership originally

4 claimed by Defendant Robert Carson in this action shall be as follows:

5      a.  Kimiko Miyoshi Price and Michiko Morinaga, individually, shall each own an

6 undivided 1/4 interest in the six (6) units; and

7      b.  Naoko Ito, individually, shall own an undivided 1/4 interest in the six (6) units;

8 and

9      c.  Toshie Ito, and Takafumi Ito, individually, shall each own an undivided 1/8

10 interest in the six (6) units.

12 Respectfully submitted,

| | |
|---|---|
| DAVIDSON & HAWKINS | LEPON HOLZWORTH & KATO |
| /s/ Thornton Davidson | /s/ David A. Holzworth |
| Thornton Davidson | David A. Holzworth |
| Attorney for Defendant Robert Carson | Attorney for Plaintiffs |
| | |
| KIMBLE, MacMICHAEL & UPTON | BETTS & WRIGHT |
| /s/ Christopher E. Seymour | /s/ James B. Betts |
| Christopher E. Seymour | James B. Betts |
| Attorney for Defendants | Attorney for Defendants Craig and |
| Brighton Hills, Ltd. and Brighton/Shaw, Inc. | Cindy Davis |
| | |
| LAW OFFICE OF MYRON F. SMITH | McCORMICK BARSTOW LLP |
| /s/ Myron F. Smith | /s/ Marshall Whitney |
| Myron F. Smith | Marshall Whitney |
| Attorney for Defendant John Quiring | Attorney for Cross-Defendant Craig Davis |

      IT IS HEREBY ORDERED that, as between the parties, the Plaintiffs are the rightful

owners of six (6) units in Brighton Hills Limited Partnership originally claimed by Defendant

Robert Carson in this action in the manner specified above.  The Brighton Hills Limited

Partnership shall file K-1 tax documentation reflecting the ownership by Plaintiffs beginning in the tax year of 2008.

IT IS SO ORDERED.

**Dated:   August 21, 2008**                    **/s/ Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE

3