Marshall C. Whitney, # 082952
Mandy L. Jeffcoach, #232313
McCORMICK, BARSTOW, SHEPPARD,
  WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

James B. Betts, # 110222
Joseph D. Rubin, # 149920
BETTS & WRIGHT, A PROFESSIONAL
CORPORATION
P.O. Box 28550
Fresno, CA 93729-8550
Telephone:    (559) 438-8500
Facsimile:    (559) 438-6959

Attorneys for Defendant
CRAIG A. DAVIS

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| NAOKO ITO, TOSHIE ITO, TAKAFUMI ITO, MICHIKO MORINAGA and KIMIKO MIYOSHI PRICE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BRIGHTON/SHAW, INC., BRIGHTON HILLS, LTD., JOHN E. QUIRING, ROBERT CARSON, individually, ROBERT CARSON, as General Partner of BRIGHTON HILLS, LTD., CRAIG DAVIS and CINDY DAVIS,<br><br>　　　　　Defendants. | Case No.  06-CV-1135 AWI-DLB<br><br>**STIPULATION FOR ORDER AND ORDER TO SET PRE-TRIAL CONFERENCE AND TRIAL DATE** |

ROBERT CARSON,

        Cross-Complainant,

   v.

CRAIG A. DAVIS, an individual, BRIGHTON HILLS LIMITED PARTNERSHIP, a California Limited Partnership,

Cross-Defendants.

      All parties, through their counsel of record, hereby stipulate to an entry of order with the following terms:

      1.    In light of the settlement of the underlying matter and all cross-claims except the claims asserted by Robert Carson against Craig Davis and the claims by Craig Davis against Robert Carson, the parties wish to reschedule the pre-trial conference date and trial date in this matter.

      2.    The parties have contacted Judge Ishii's clerk who confirmed that there are openings in the Court's calendar in January and February of 2009.

      3.    The parties agree that the Trial should be rescheduled to begin on February 24, 2009.

      4.    The parties agree that the Pre-Trial Conference should be held on January 8, 2009.

      5.    The parties agree, that pursuant to previous agreement, all discovery in this matter has been completed with the exception of the depositions of Robert Carson and John Quiring, both of whom will be noticed by Cross-Defendant Craig Davis.  Robert Carson intends to bring a motion to seek designation of expert witness.  Craig Davis contends that the motion is procedurally and substantively improper and does not consent to the filing of such motion.  No other discovery will be conducted.

      6.    The parties agree that any additional dispositive motions may be filed by either party by October 23, 2008 and heard no later than November 21, 2008.

Dated: September 19, 2008                    Respectfully submitted,

                                              McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP

                                        By:/s/ Marshall C. Whitney
                                                  Marshall C. Whitney
                                                  Mandy L. Jeffcoach
                                           Attorneys for Cross-Defendant
                                                   CRAIG A. DAVIS

Dated: September 19, 2008                    DAVIDSON & HAWKINS


                                        By:   s/s Thorton Davidson
                                                Thornton Davidson
                                           Attorney for ROBERT CARSON

**ORDER**

IT IS HEREBY ORDERED that the trial in this matter is rescheduled to begin on February 24, 2009. The pretrial conference will be held on January 8, 2009 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **September 19, 2008**                             **/s/ Anthony W. Ishii**
                                                                            CHIEF UNITED STATES DISTRICT JUDGE