**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NAOKO ITO, et al.,**<br><br>　　　　　　**Plaintiffs,**<br>　v.<br><br>**BRIGHTON/SHAW, INC., et al.,**<br><br>　　　　　　**Defendants.**<br><br>**AND RELATED CROSS-CLAIMS** | 06 CV 01135 AWI DLB<br><br>**ORDER DENYING AS MOOT MOTION FOR SUMMARY JUDGMENT OF BRIGHTON HILLS LIMITED PARTNERSHIP**<br><br>(Documents # 149) |

　　On June 5, 2008 Brighton Hills Limited Partnership ("Brighton Hills") filed a motion for summary judgment against Robert Carson that remains pending. In light of the stipulation filed by the parties on September 18, 2008, it appears to the Court that the underlying matter and all cross-claims in this case have settled except for the cross-claims asserted by Robert Carson against Craig Davis and the cross-claims by Craig Davis against Robert Carson. Accordingly, IT IS HEREBY ORDERED that Brighton Hills' motion for summary judgment is DENIED as moot without prejudice and subject to re-notice.

IT IS SO ORDERED.

Dated:   September 25, 2008　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE