**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAOKO ITO, et al., ) | NO. 1:06-CV-01135-AWI-DLB |
| Plaintiffs, ) | |
| v. ) | ORDER MOVING HEARING ON CROSS-DEFENDANT CRAIG DAVIS' MOTION FOR SUMMARY JUDGMENT TO DECEMBER 15, 2008 |
| BRIGHTON/SHAW, INC., et al., ) | |
| Defendants. ) | |
| and related cross-claims. | |

   Cross-Defendant Craig A. Davis' motion for summary judgement is pending in this action and is set for hearing on November 17, 2008.

   The court has determined that it is necessary to reschedule the hearing on Cross-Defendant's motion for summary judgment.  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 17, 2008, is VACATED, and the hearing on this matter is set for December 15, 2008 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **November 6, 2008**        /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE