IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO ITO, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRIGHTON/SHAW, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) <br> and related cross-claims. | NO. 1:06-CV-01135-AWI-DLB <br><br> ORDER CONTINUING HEARING ON BRIGHTON HILLS' MOTION FOR ORDER AWARDING ATTORNEYS' FEES AND COSTS AGAINST ROBERT CARSON |

   Cross-Defendant and Counter-Claimant, Brighton Hills Limited Partnership filed a motion for order awarding attorney's fees and costs against Robert Carson.  This motion was set for November 10, 2008.  On November 3, 2008, Cross-Defendant, Craig A. Davis, and Defendant and Cross-Complainant, Robert Carson filed a stipulation to continue this motion to December 15, 2008.

   In light of the parties' stipulation, the court ORDERS that:

   1.   The November 10, 2008 hearing on Cross-Defendant Brighton Hills' motion is VACATED and RESET for December 15, 2008 at 1:30 p.m. in Courtroom 2;

   2.   The opposing parties' Opposition Brief will be due on December 1, 2008; and

   3.   The moving parties' Reply Brief will be due on December 8, 2008.

IT IS SO ORDERED.

Dated:   November 6, 2008            /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE