IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO ITO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BRIGHTON/SHAW, INC., et al.,<br><br>　　　　　Defendants.<br>_____<br>and related cross-claims. | NO. 1:06-CV-01135-AWI-DLB<br><br>ORDER DENYING CROSS-DEFENDANT CRAIG DAVIS'S MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT<br><br>(Document # 188) |

　　　On October 17, 2008, cross-defendant Craig Davis ("Davis") filed a motion for summary judgment or, in the alternative, partial summary judgment as to cross-complainant Robert Carson's ("Carson") first and third causes of action.  Davis's motion is based on alleged new facts or circumstances.  Pursuant to the court's scheduling order dated February 13, 2008, parties were to have filed all dispositive motions by June 5, 2008.  The parties have not filed a request for an extension of time to file dispositive motions beyond June 5, 2008.  Therefore, Davis's motion is untimely and in violation of the court's order.

　　　Additionally, the court finds it premature to address the merits of Davis's argument until after Magistrate Judge Dennis L. Beck rules on the admissibility of the newly discovered facts.[1]

---

[1] Davis's motion is based on Carson's deemed admissions.  On November 5, 2008, Carson filed a motion to withdraw his deemed admissions.  Carson's motion to withdraw is currently pending before Magistrate Judge Beck and is scheduled for a hearing on December 12, 2008.

Based on Judge Beck's discovery ruling, Davis may file an application for reconsideration of the court's August 7, 2008 order based on new or different facts or circumstances, which did not exist or were not shown upon such prior motion pursuant to L.R. 78-230 (k).

## **ORDER**

Based on Davis's violation of the court's scheduling order and the pending discovery motion before Magistrate Judge Beck, the court ORDERS that:

1. Davis's motion for summary judgment on Carson's first cause of action, legal malpractice, is DENIED without prejudice to file a motion for reconsideration of the court's August 7, 2008 order.

2. Davis's motion for summary judgment on Carson's third cause of action, breach of contract, is DENIED without prejudice to file a motion for reconsideration of the court's August 7, 2008 order.

IT IS SO ORDERED.

**Dated:   November 18, 2008**            /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE