1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAOKO ITO, et al.,                           ) | NO. 1:06-CV-01135-AWI-DLB |
|                                     ) | |
|           Plaintiffs,               ) | ORDER DENYING BRIGHTON |
|                                     ) | HILLS AND ROBERT CARSON'S |
|      v.                             ) | STIPULATION FOR ORDER |
|                                     ) | SETTING ATTORNEYS' FEES AND |
| BRIGHTON/SHAW, INC., et al.,        ) | DAMAGES |
|                                     ) | |
|           Defendants.               ) | (Document # 202) |
| _____) | |
| and related cross-claims. | |

On November 5, 2008, cross-defendant and counter-claimant, Brighton Hills Partnership ("Brighton Hills") and defendant and cross-claimant, Robert Carson ("Carson") filed a stipulation for an order setting attorneys' fees and damages.  Brighton Hills and Carson stipulate that the "total amount of damages, fees and costs owed by Carson to Brighton Hills in this action is Fifty Thousand Dollars ($55,000.00), and that judgment be entered in that amount in favor of Brighton Hills and against Carson."  (Stipulation ¶ 4.)

Based upon the parties' ambiguous stipulation, the court is unable to determine whether the parties stipulate to a total amount of $50,000.00 or $55,000.00.  Therefore, the court cannot give effect to the parties' stipulation.  Brighton Hills and Carson are directed to file an amended stipulation, as soon as possible but no later than November 24, 2008, clarifying whether the total amount of damages is $50,000.00 or $55,000.00.

1  Therefore, IT IS HEREBY ORDERED that the parties' stipulation for an order setting
2  attorneys' fees and damages is DENIED.

4  IT IS SO ORDERED.
5  Dated:   November 18, 2008                    /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE