**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAOKO ITO, et al., ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> BRIGHTON/SHAW, INC., et al., ) <br>  ) <br> Defendants. ) <br> _____) <br> and related cross-claims. | NO. 1:06-CV-01135-AWI-DLB <br><br> ORDER DENYING ROBERT CARSON'S EX PARTE APPLICATION REQUESTING THAT CRAIG DAVIS'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS BE STRICKEN AS UNTIMELY |

On November 6, 2008, cross-defendant and cross-complainant Robert Carson ("Carson") filed an ex parte application requesting that defendant Craig Davis's ("Davis") separate statement of uncontroverted facts be stricken as untimely pursuant to L.R. 56-260(a).

On November 18, 2008, the court denied Davis's motion for summary judgment without prejudice to file a motion for reconsideration of the court's August 7, 2008 order.  Based on the court's denial, the court has determined that Carson's ex parte application requesting that Davis's separate statement of uncontroverted facts be stricken is moot.  Therefore, IT IS HEREBY ORDERED that Carson's ex parte application requesting that Davis's separate statement of uncontroverted facts be stricken is DENIED.

IT IS SO ORDERED.

Dated:   November 19, 2008              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE