**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAOKO ITO, et al., ) | NO. 1:06-CV-01135-AWI-DLB |
| Plaintiffs, ) | ORDER VACATING DECEMBER 15, 2008 HEARING ON CROSS-DEFENDANT CRAIG DAVIS'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT |
| v. ) | |
| BRIGHTON/SHAW, INC., et al., ) | |
| Defendants. ) | |

and related cross-claims.

    Cross-defendant Craig A. Davis's ("Davis") motion for summary judgement, or in the alternative, partial summary judgment as to cross-complainant Robert Carson is pending in this action and is set for hearing on December 15, 2008.

    On November 18, 2008, the court denied Davis's motion for summary judgment without prejudice to file a motion for reconsideration of the court's August 7, 2008 order. Based on the court's denial, the court has determined that the hearing on Davis's motion for summary judgment is unnecessary. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 15, 2008, is VACATED.

IT IS SO ORDERED.

**Dated:   November 19, 2008**          /s/ Anthony W. Ishii
                                                                              CHIEF UNITED STATES DISTRICT JUDGE