**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAOKO ITO, et al., )<br>　　　　Plaintiffs, )<br>　v. )<br>BRIGHTON/SHAW, INC., et al., )<br>　　　　Defendants. )<br>_____ )<br>and related cross-claims. | NO. 1:06-CV-01135-AWI-DLB<br><br>ORDER VACATING DECEMBER 15, 2008 HEARING AND ORDER ON BRIGHTON HILLS PARTNERSHIP'S MOTION FOR ATTORNEYS' FEES AND COSTS AGAINST ROBERT CARSON<br><br>(Document # 178) |

Brighton Hills Partnership's ("Brighton Hills") motion for attorneys' fees and costs against Robert Carson ("Carson") is pending in this action and is set for hearing on December 15, 2008.

On November 25, 2008, Brighton Hills and Carson filed a stipulation for an order setting attorneys' fees and damages. Based on the parties' stipulation, the court has determined that the hearing on Brighton Hill's motion for attorneys' fees and costs is unnecessary. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 15, 2008, is VACATED.

IT IS SO ORDERED.

Dated:   **November 25, 2008**　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE