**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAOKO ITO, et al., )<br>        Plaintiffs, )<br>    v. )<br>BRIGHTON/SHAW, INC., et al., )<br>        Defendants )<br>and related cross-claims. | NO. 1:06-CV-01135-AWI-DLB<br><br>ORDER SETTING ATTORNEYS'<br>FEES AND DAMAGES |

In light of Brighton Hills Partnership ("Brighton Hills") and Robert Carson's ("Carson") stipulation filed on November 25, 2008, the court ORDERS that:

1. The total amount of damages, fees and costs owed by Carson to Brighton Hills in this action is Fifty-Five Thousand Dollars ($55,000.00), and that judgment be entered in that amount in favor of Brighton Hills and against Carson; and

2. Brighton Hills will not take action to collect on the judgment, other than the filing, recording or other perfection of liens, for one year from the date of entry of judgment, except to the extent Carson or any lien holder attempts to sell, transfer or otherwise encumber any assets, or any interest of Carson therein, subject to Brighton Hill's judgment liens.

IT IS SO ORDERED.

**Dated:    November 25, 2008**            **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE