**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAOKO ITO, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRIGHTON/SHAW, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) <br> and related cross-claims. | NO. 1:06-CV-01135-AWI-DLB <br><br> ORDER VACATING DENIAL OF CROSS-DEFENDANT CRAIG DAVIS'S MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT <br><br> (Document # 223) |

On November 25, 2008, cross-defendant Craig Davis ("Davis") filed an ex parte motion for an order correcting and modifying this court's November 18, 2008 order, which denied Davis's motion for summary judgment or, in the alternative, partial summary judgment as to cross-complainant Robert Carson's ("Carson") first and third causes of action. This court denied Davis's motion on the basis that it was untimely and filed in violation of the court's February 13, 2008 scheduling order. Davis has brought to the court's attention, the court's September 19, 2008 order, which reset the pre-trial conference date, trial date, and dispositive motion filing deadlines.[1] Pursuant to the September 19, 2008 order, the parties were allowed to file all dispositive motions by October 23, 2008. (Document #176.) Because Davis filed his motion for summary judgment on October 17, 2008, his motion was in fact timely.

---

[1] The docket entry for this order only indicated a change of the pre-trial conference and trial date, but the body of the order also allowed for later dispositive motions.

In light of the September 19, 2008 order, the court will vacate the November 18, 2008 order (Document #217) and issue the following order relating to Davis's motion for summary judgment.

**ORDER**

Based on the vacation of the court's November 18, 2008 order, the court ORDERS that:

1. The November 18, 2008 order is vacated.
2. Davis's motion for summary judgment is reinstated.
3. Carson's ex parte application requesting that Davis's separate statement of uncontroverted facts be stricken as untimely is DENIED.
4. Carson may file a response to Davis's late filed statements of uncontroverted facts by December 8, 2008.
5. Carson may also file a supplemental opposition that addresses Davis's late filed statement of uncontroverted facts on or by December 8, 2008.
6. Davis may file a reply to Carson's additional opposition by December 15, 2008, at 12:00 p.m.
7. After Magistrate Judge Beck issues a ruling on Carson's motion to have deemed admissions withdrawn, the court will either issue its ruling on Davis's motion for summary judgment or set a hearing date.[2]

IT IS SO ORDERED.

Dated:   **November 26, 2008**         /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

---

[2] On November 5, 2008, Carson filed a motion to withdraw his deemed admissions. Carson's motion to withdraw is currently pending before Magistrate Judge Beck and is scheduled for a hearing on December 12, 2008.

2