**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAOKO ITO, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRIGHTON/SHAW, INC., et al., ) <br> ) <br> Defendants ) <br> _____) <br> and related cross-claims | NO. 1:06-CV-01135-AWI-DLB <br><br> ORDER DENYING CROSS-DEFENDANT CRAIG DAVIS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT <br><br> [Document # 188] |

On June 5, 2008, Cross-defendant Craig Davis ("Davis") filed a motion for summary judgment as to Robert Carson's ("Carson") first, second, and third causes of action. Carson's first cause of action alleges legal malpractice. Carson's second cause of action alleges breach of fiduciary duty. Carson's third cause of action alleges breach of contract. On August 8, 2008, this court issued an order denying Davis' motion for summary judgment on Carson's first and third causes of action and granting Davis' motion on Carson's second cause of action. (Document # 171).

On October 17, 2008, Davis filed the instant motion for summary judgment as to Carson's first and third causes of action. Davis' instant motion was predicated on alleged new facts or circumstances, namely Carson's deemed admissions to a second request for admissions. On November 5, 2008, Carson filed a motion to withdraw his deemed admissions pursuant to Rule 36(b). On December 12, 2008, Magistrate Judge Beck granted Carson's motion to

withdraw his deemed admissions.  Thus, the basis of Davis' current motion for summary judgment has been extinguished.  In light of Magistrate Judge Dennis Beck's order denying the admissibility of Davis' new facts and given that this court has previously ruled on Davis' motion for summary judgment as to Carson's first and third causes of action, Davis' motion for summary judgment as to Carson's first and third causes of action is denied.

## **ORDER**

Based on this court's August 8, 2008 summary judgment order and Magistrate Judge Beck's December 12, 2008 order, the court ORDERS that Davis' motion for summary judgment or, in the alternative, partial summary judgment as to Carson's first and third causes of action is DENIED.

IT IS SO ORDERED.

**Dated:     December 24, 2008**                       **/s/ Anthony W. Ishii**
                                                             CHIEF UNITED STATES DISTRICT JUDGE