Thornton Davidson #166487
THORNTON DAVIDSON & ASSOCIATES
2055 San Joaquin Street
Fresno, California
Telephone:  (559) 256-9800
Facsimile:  (559) 256-9791

Attorney for Defendant/Cross-Complainant, ROBERT CARSON

Marshall C. Whitney, # 082952
Mandy L. Jeffcoach, #232313
McCORMICK, BARSTOW, SHEPPARD,
  WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

James B. Betts, # 110222
Joseph D. Rubin, # 149920
BETTS & WRIGHT, APC
P.O. Box 28550
Fresno, CA 93729-8550
Telephone:    (559) 438-8500
Facsimile:    (559) 438-6959

Attorneys for Cross-Defendant
CRAIG A. DAVIS

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO ITO, et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BRIGHTON/SHAW, INC., et al.<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS ACTION. | Case No.  06-CV-1135 AWI-DLB<br><br>**STIPULATION & ORDER MODIFYING PRETRIAL ORDER AND CONTINUING TRIAL DATE** |

IT IS HEREBY STIPULATED by and between Cross-Complainant/Cross-Defendant, Robert Carson, and Cross-Complainant/Cross-Defendant, Craig A. Davis, through their counsel of record that the Pre-Trial Order issued by the Honorable Judge Anthony Ishii on January 17, 2009 be modified as follows:

1.  That the trial scheduled on April 7, 2009, at 8:30 a.m., in Courtroom 2 be continued to June 2, 2009.

2.  Furthermore, that the trial preparation and briefing schedule be modified and the following deadlines and hearing dates have been set:

| DOCUMENT/EVENT | DEADLINE/HEARING DATE |
| --- | --- |
| a. Motions in Limine Hearing | May 11, 2009 at 1:30 a.m. |
| b. Trial Briefs | May 13, 2009 by 4:00 p.m. |
| c. Responsive Trial Briefs | May 27, 2009 by 4:00 p.m. |
| d. Binder Exhibits | May 27, 2009 by 12:00 p.m. |
| e. Joint and Separate Indexes | May 27, 2009 by 12:00 p.m. |
| f. Discovery Documents | May 27, 2009 by 12:00 p.m. |
| g. Voir Dire | May 27, 2009 by 12:00 p.m. |
| h. Proposed Jury Instructions | May 27, 2009 by 12:00 p.m. |
| i. Proposed Verdict Form | May 27, 2009 by 12:00 p.m. |

    j.       Lodging of Videotapes                May 27, 2009

    k.       Joint Summary of the Case        May 27, 2009 by 12:00 p.m.

3.      The deadline for Opposition to Motions in Limine (March 9, 2009) shall remain as is.

It is so stipulated.

Dated: March 2, 2009                                    THORNTON DAVIDSON & ASSOCIATES

By:    /s/ Thornton Davidson
Thornton Davidson
Attorney for Cross-Defendant/Cross-Complainant ROBERT CARSON

Dated: March 2, 2009                                    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:    /s/ Marshall C. Whitney
Marshall C. Whitney
Attorneys for Cross-Defendant/Cross-Complainant CRAIG A. DAVIS

Dated:  March 2, 2009                                   BETTS & WRIGHT

By:    /s/ James B. Betts
James B. Betts
Attorneys for Cross-Defendant/Cross-Complainant CRAIG A. DAVIS

**ORDER**

IT IS SO ORDERED.

Dated:   **March 3, 2009**                              **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE