IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NAOKO ITO et al.,**<br><br>           **Plaintiff**s,<br>v.<br><br>**BRIGHTON/SHAW, INC., et al.,**<br><br>           **Defendants.**<br>_____<br>and related cross-claims. | NO. 1:06-CV-01135 AWI-DLB<br><br>**ORDER MODIFYING<br>PRETRIAL ORDER**<br><br>**Motions In Limine Hearing<br>Date: May 11, 2009<br>Time: 1:30 p.m.<br>Venue: Courtroom 2**<br><br>**Trial Date: June 2, 2009<br>Time:   8:30 a.m.<br>Venue: Courtroom 2**<br><br>**RULES OF CONDUCT** |

      The January 16, 2009 Pre-Trial Order states that this action is proceeding to trial between Cross-Complainant Robert Carson ("Carson") and Cross-Defendant Craig Davis ("Davis") on the following issues: (1) Carson's cross-claim for attorney malpractice against Davis; (2) Carson's cross-claim for breach of contract against Davis; (3) Davis's cross-claim for fraud against Carson; (4) Davis's cross-claim for breach of implied covenant of good faith and fair dealing; and (5) Davis's cross-claim for declaratory relief.  Davis's breach of implied covenant of good faith and fair dealing claim, however, is only alleged as to cross-defendant Brighton Hills Limited Partnership and not Carson.  See Davis's Cross-Complaint at page 4.  Accordingly, Davis's breach of implied covenant of good faith and fair dealing claim will not be a part of this

trial.

Additionally, in light of paragraph VIII of the Pre-Trial Order, Davis's claim for declaratory relief has been abandoned as to all Defendants, including Carson. The Pre-Trial Order is modified as follows:

> This action is proceeding to trial between Carson and Davis on the following issues: (1) Carson's cross-claim for attorney malpractice against Davis; (2) Carson's cross-claim for breach of contract against Davis; and (3) Davis's cross-claim for fraud against Carson.

IT IS SO ORDERED.

Dated: **April 7, 2009**          **/s/ Anthony W. Ishii**
                                   CHIEF UNITED STATES DISTRICT JUDGE