# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO ITO, et al., ) | NO. 1:06-CV-01135-AWI-DLB |
|       Plaintiffs, ) | ORDER GRANTING CARSON'S REQUEST FOR AN EXTENSION OF TIME TO FILE TRIAL BRIEFS ON OR BEFORE MAY 15, 2009 AT 4 P.M. |
| v. ) | |
| BRIGHTON/SHAW, INC., et al., ) | |
|       Defendants. ) | (Document #278) |
| and related cross-claims. | |

On May 13, 2009, Cross-Claimant Robert Carson ("Carson") filed a request for a two (2) day extension of time to file his trial brief. Pursuant to the modified March 2, 2009 Pre-Trial Order, the parties' trial briefs are due on May 13, 2009 at 4:00 p.m. Carson is requesting two (2) additional days to submit his brief because he needs more time to conduct research on new issues that arose at the May 11, 2009 motion in limine hearing. The court finds that permitting Carson two (2) additional days to submit his trial brief will not unjustly prejudice Cross-Defendant Craig Davis ("Davis") given that responsive trial briefs are not due until May 27, 2009 at 4 p.m. Moreover, a two (2) day extension will not cause an undue delay in the court's proceedings since trial is set for June 2, 2009.

In light of issues that arose at the motion in limine hearing, the court will move the deadline for filing initial trial briefs to May 15, 2009 at 4:00 p.m.

Accordingly, IT IS HEREBY ORDERED that:

1. Carson's request for an extension of time is granted and the parties are permitted to submit trial briefs on or by May 15, 2009 by 4:00 p.m.; and
2. All other deadlines will remain the same.

IT IS SO ORDERED.

Dated: **May 13, 2009**        /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE