IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NAOKO ITO, et al.,** ) | NO. 1:06-CV-01135-AWI-DLB |
| ) | |
| Plaintiffs, ) | **ORDER VACATING** |
| ) | **TRIAL DATE** |
| v. ) | |
| ) | |
| **BRIGHTON/SHAW, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **AND RELATED CROSS-CLAIMS** ) | |
| ) | |

    Based on the unavailability of defense counsel, the Court finds it necessary to move the trial date. Therefore, IT IS HEREBY ORDERED that the previously set trial date of June 2, 2009, is VACATED, and the parties shall not appear at that time.

    The new telephonic trial setting conference is to be held on Wednesday, May 27, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:**   **May 22, 2009**               **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE