# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO ITO, et al., ) <br> ) <br>       Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> BRIGHTON/SHAW, INC., et al., ) <br> ) <br>       Defendants. ) <br> _____) <br> and related cross-claims. | NO. 1:06-CV-01135-AWI-DLB <br><br> ORDER REQUIRING CARSON TO FILE MOTION FOR RECONSIDERATION ON OR BEFORE JUNE 16, 2009 AT 4 P.M. <br><br> (Document #281) |

On May 15, 2009, Cross-Claimant Robert Carson ("Carson") filed a brief entitled, "Trial Brief, or in the Alternative Request for Reconsideration of Certain of the Court's In Limine Orders." The court directs Carson to file a separate free-standing motion for reconsideration on or before June 16, 2009 at 4:00 p.m. Cross-Defendant Craig Davis ("Davis") is permitted to file a response on or by July 6, 2009 at 4:00 p.m.

Accordingly, IT IS HEREBY ORDERED that:

1. Carson submit a motion for reconsideration on or by June 16, 2009 at 4:00 p.m.; and

2. Davis is permitted to file a response on or by July 6, 2009 at 4:00 p.m.

IT IS SO ORDERED.

Dated:   **May 28, 2009**                    /s/ Anthony W. Ishii
                                                                      CHIEF UNITED STATES DISTRICT JUDGE