THORNTON DAVIDSON #166487
DAVIDSON & HAWKINS
An Association of Attorneys at Law
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9791

Attorney for Defendant/Cross-Complainant, ROBERT CARSON

MARSHALL C. WHITNEY #082952
MANDY L. JEFFCOACH #232313
McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH, LLP
Post Office Box 28912
5 River Park Place East
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorney for Cross-Defendant, CRAIG A. DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NAOKO ITO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIGHTON/SHAW, INC., et al.,<br><br>Defendants.<br>______________________________<br>and related cross-claims. | **Case No.:** 06-CV-01135-AWI-DLB<br><br>**STIPULATION & ORDER CONTINUING HEARING ON CARSON'S MOTION FOR RECONSIDERATION**<br><br>**Date: July 13, 2009**<br><br>**Time: 1:30pm**<br><br>**Dept: Crtrm 2**<br><br>**Judge: Anthony W. Ishii** |

IT IS HEREBY STIPULATED by and between Defendant and Cross-Complainant, Robert Carson and Cross-Defendant, Craig A. Davis, through their counsel of record that:

1. Good cause exists to continue the hearing date on the motion for reconsideration, as Defendant/Cross-Claimant Robert Carson and his counsel are unavailable to attend the hearing for reconsideration currently set for July 13, 2009.

2. Cross-Claimants counsel Thornton Davidson, Esq., is scheduled to attend mediation in New York in the matter of *Carey v. Life Insurance Company of North America,* USDC Eastern District of New York Case No.:2:09-CV-716, on July 14, 2009, and his flight leaves early morning on July 13, 2009.

3. Therefore the parties stipulate that:

A. Defendant and Cross-Claimant, Robert Carson's Motion for Reconsideration be continued to Tuesday, September 8, 2009 (as a result of the Labor Day holiday) at 1:30 p.m., in Courtroom 2.

Dated: July 7, 2009

THORNTON DAVIDSON & ASSOCIATES

By:______/S/_____________________
Thornton Davidson
Attorney for Defendant/Cross-Complainant
ROBERT CARSON

Dated: July 7, 2009

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH, LLP
By:______/S/_____________________

Marshall C. Whitney
Attorney for Cross-Defendant
CRAIG A. DAVIS

**ORDER**

IT IS SO ORDERED.

**Dated: July 7, 2009**

**/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE