**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAOKO ITO, TOSHIE ITO, TAKAFUMI ITO, MICHIKO MORINAGA and KIMIKO MIYOSHI PRICE,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGHTON/SHAW, INC., BRIGHTON HILLS, LTD., JOHN E. QUIRING, ROBERT CARSON, Individually, ROBERT CARSON, as General Partner of BRIGHTON HILLS, LTD., CRAIG DAVIS and CINDY DAVIS,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | NO. 1:06-CV-01135-AWI-DLB<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>(Document # 301) |

On November 11, 2009, Defendant and Cross-Complainant ROBERT CARSON ("Carson") and Defendant, Cross-Defendant and Cross-Complainant CRAIG DAVIS and CINDY DAVIS (hereinafter collectively referred to as "Davis"), by and through their respective counsels of record, stipulated that a settlement agreement among them has been reached in the above-captioned action, and that the terms of the settlement are embodied in a separately executed Settlement Release Action.  The parties requested the Court dismiss the entire action in its entirety, with prejudice, and each party bearing their own costs and attorneys' fees.

Therefore, in light of the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED:

1) This action is dismissed with prejudice, in its entirety; and

2) Each party shall bear its own costs, attorneys' fees and other fees incurred in connection with this action.

3) The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   November 15, 2009**              **/s/ Anthony W. Ishii**
                                     CHIEF UNITED STATES DISTRICT JUDGE